**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John T. Brooks IV <br>                  <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 18-15748 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                                   Respectfully submitted,
                                                   **/s/ Rebecca A. Solarz, Esq**
                                                     Rebecca A Solarz, Esquire
                                                     KML Law Group, P.C.
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106-1532
                                                     (215) 627-1322