UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN T. BROOKS, IV  :  NO. 18-15748 REF
 :  CHAPTER 7

**NOTICE** of APPLICATION BY TRUSTEE, Lynn E. Feldman, to employ Howard Gershman, Esquire, Gershman Law Offices PC, as General Counsel pursuant to Bankruptcy Code Section 327, FRBP 2014(a) and Local Rule 9013-1(d)

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)

1. <u>If you do not want the Court to grant the relief sought in the Application</u> or if you want the court to consider your views on the Application, then on or before **JANUARY 2, 2019,** your attorney must do <u>BOTH</u> of the following things:

(a) **FILE A RESPONSE OR OBJECTION** to the Application explaining your position with:

Clerk, United States Bankruptcy Court
The Madison Building
400 Washington Street, Ste. 300
Reading, PA 19601

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above;

**AND** (b) **MAIL A COPY** of the documents to:

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046
Telephone No. 215.886.1120
Facsimile No. 215.886.1118

2. <u>If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above the Trustee will cause the Application to be presented to the Court as unopposed and the Court may enter an order granting the Application.</u>

If a copy of the Application is not enclosed, a copy of it will be provided to you if you request a copy from Howard Gershman, Esquire.

DATED: December 20, 2018