United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15748-ref
John T. Brooks, IV                                                      Chapter 7
John T. Brooks, IV
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 2           Date Rcvd: Dec 20, 2018
                              Form ID: 139         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db             +John T. Brooks, IV,    8674 Mayfair Court,   Breinigsville, PA 18031-1569
db             +John T. Brooks, IV,    MAILING ADDRESS,   1636 N. Cedar Crest Blvd. #507,
                 Allentown, PA 18104-2318
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr              Erica Brooks,   8152 Kark Street,   Fogelsville, PA 18051
14189628       +Allied Interstate LLC,   PO Box 361445,   Columbus, OH 43236-1445
14189630       +Andrew J. Shapren, Esquire,   Buchanan Ingersoll & Rooney PC,   50 S. 16th St., Suite 3200,
                 Philadelphia, PA 19102-2555
14189631        Asset Recovery Solutions LLC,   2200 E. Devon Avenue, Suite 200,   Des Plaines, IL 60018-4501
14189632       +Bailey & Ehrenberg PLLC,   1015 18th Street NW,   Suite 204,   Washington, DC 20036-5217
14189633        Berkheimer Tax Administrator,   PO Box 25149,   Lehigh Valley, PA 18002-5149
14189637        CBCS,   PO Box 2589,   Columbus, OH 43216-2589
14189636       +Cawley & Bergmann, LLC,   117 Kinderkamack Road, Suite 201,   River Edge, NJ 07661-1916
14189638       +Central Credit Services,   9550 Regency Square, Suite 602,   Jacksonville, FL 32225-8169
14189639       +City of Allentown,   Room 110,   435 Hamilton St,   Allentown, PA 18101-1603
14216378       +Erica Brooks,   c/o David Dunn Law Offices PC,   1248 W Hamilton Street,
                 Allentown, PA 18102-4338
14189642       +Erica J. Brooks,   c/o Edward R. Eidelman, Esquire,   1248 Hamilton St,
                 Allentown, PA 18102-4338
14189644        IRS,   Department of the Treasury,   Andover, MA 01810
14189647       +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14189648       +Lending Club Corp,   21 Stevenson St, Suite 300,   San Francisco, CA 94105-2706
14189652       +MRS BPO, LLC,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
14189650       +MacElree Harvey,   17 West Miner Street,   West Chester, PA 19382-3213
14189653       +National Enterprise Systems,   2479 Edison Blvd,   Twinsburg, OH 44087-2475
14189654        Natiowide Credit Inc,   PO Box 14581,   Des Moines, IA 50306-3581
14189656       +PA Department of Revenue,   Bureau of Compliance,   1 Revenue Place,
                 Harrisburg, PA 17129-0001
14189657       +Parkway Painting Inc,   537 Sumner Court,   Allentown, PA 18102-1765
14189658        Professional Account Management LLC,   PO Box 1280,   Oaks, PA 19456-1280
14189660       +Sam Tell & Son Inc,   300 Smith Street,   Farmingdale, NY 11735-1114
14189661       +Singer Equipment Company Inc.,   150 S. Twin Valley Road,   Elverson, PA 19520-9387
14189666       +Tek-Collect,   PO Box 1269,   Columbus, OH 43216-1269
14189667       +Torres Credit Services Inc,   27 Fairview St,   PO Box 189,   Carlisle, PA 17013-0189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QLEFELDMAN.COM Dec 21 2018 12:55:00     LYNN E. FELDMAN,   Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg             E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2018 02:47:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +EDI: AISACG.COM Dec 21 2018 12:56:00     BMW Bank of North America Department,
                 c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave.,   Dept. APS,
                 Oklahoma Cith, OK 73118-7901
14189629       +EDI: AMEREXPR.COM Dec 21 2018 12:56:00     American Express,   PO Box 981537,
                 El Paso, TX 79998-1537
14193852       +EDI: AISACG.COM Dec 21 2018 12:56:00     BMW Bank of North America,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14189634        EDI: BMW.COM Dec 21 2018 12:56:00     BMW Financial Services,   PO Box 3608,   Dublin, OH 43016
14189635       +EDI: CAPITALONE.COM Dec 21 2018 12:56:00     Capital One Bank (USA), NA,
                 10700 Capital One Way,   Glen Allen, VA 23060-9243
14189640        EDI: WFNNB.COM Dec 21 2018 12:56:00     Comenity Bank/PttryBrn,   PO Box 182789,
                 Columbus, OH 43218-2789
14189641       +EDI: CCS.COM Dec 21 2018 12:54:00     Credit Collection Services,   Two Wells Avenue,
                 Newton Center, MA 02459-3246
14189643       +EDI: FSAE.COM Dec 21 2018 12:57:00     FirstSource Advantage LLC,   205 Bryant Woods South,
                 Buffalo, NY 14228-3609
14189645       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Dec 21 2018 02:47:55
                 JH Portfolio Debt Equities,   5757 Phantom Dr - Ste 225,   Hazelwood, MO 63042-2429
14189649        E-mail/Text: camanagement@mtb.com Dec 21 2018 02:46:53     M&T Bank,   PO Box 900,
                 Millsboro, DE 19966-0900
14189651       +EDI: DAIMLER.COM Dec 21 2018 12:56:00     MB Financial Services,   PO Box 961,
                 Roanoke, TX 76262-0961
14189655       +E-mail/Text: bnc@nordstrom.com Dec 21 2018 02:46:45     Nordstrom/TD Bank USA,
                 13531 E Caley Ave,   Englewood, CO 80111-6504
14200040        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 02:47:12
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946

```
District/off: 0313-4          User: SaraR                  Page 2 of 2                   Date Rcvd: Dec 20, 2018
                              Form ID: 139                 Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14189659       +EDI: RMCB.COM Dec 21 2018 12:54:00      RMCB Collection Agency,    4 Westchester Plaza, Suite 110,
                 Elmsford, NY 10523-3835
14189664       +EDI: RMSC.COM Dec 21 2018 12:56:00      SYNCB/Lowes,   PO Box 965005,    Orlando, FL 32896-5005
14190307       +EDI: RMSC.COM Dec 21 2018 12:56:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14189665        EDI: WTRRNBANK.COM Dec 21 2018 12:55:00      TD Bank USA/Target Credit,    PO Box 673,
                 Minneapolis, MN 55440-0673
14189668       +EDI: VERIZONCOMB.COM Dec 21 2018 12:53:00      Verizon,   500 Technology Drive, Suite 300,
                 Saint Charles, MO 63304-2225
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14189646        Joint Accont Holder?
14189663        SunTrust Bank
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14189662       ##+Steven J. Harfenist, Esquire,    Harfenist Kraut & Perlstein LLP,    3000 Marcus Ave, Suite 2E1,
                 New Hyde Park, NY 11042-1005
                                                                                               TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              CHARLES    LAPUTKA    on behalf of Defendant John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES    LAPUTKA    on behalf of Debtor John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              DAVID F. DUNN    on behalf of Creditor Erica  Brooks dunncourtpapers@uigzone.com
              DAVID F. DUNN    on behalf of Plaintiff Erica  Brooks dunncourtpapers@uigzone.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              REBECCA ANN SOLARZ    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  John T. Brooks, IV
8674 Mayfair Court
Breinigsville, PA 18031

Debtor(s)

Case No: 18−15748−ref

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−6471
xxx−xx−6471

___

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 3/23/19

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

400 Washington Street
Suite 300
Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 12/20/18

25
Form 139