**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOHN T. BROOKS, IV          : Chapter 7
      Debtor                                 : Bankruptcy No. 18-15748

---

**PRAECIPE TO WITHDRAW**
**PROOF OF CLAIM NO. 13 FILED**
**BY SINGER EQUIPMENT COMPANY, INC.**

TO THE BANKRUPTCY CLERK:

Please withdraw Proof Of Claim No. 13 filed by Singer Equipment Company, Inc. on March 14, 2019.

                                      LINTON & DISTASIO, P.C.

                                      By:/s/Anthony R. Distasio
                                          Anthony R. Distasio, Esquire
                                          Counsel for Singer Equipment Company, Inc.