UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
    JOHN T. BROOKS, IV                  :    CASE NO: 18-15748 REF
                                        :
                                        :    CHAPTER 7

## STIPULATION

**WHEREAS**, Debtor, John T. Brooks ("Debtor"), filed an Exemption Claim upon a portion of Proceeds of a lawsuit against his former employer, in the amount of Ten Thousand Six Hundred Forty-four ($10,644.25) Dollars and Twenty-five Cents; and

**WHEREAS**, Creditor, Erica Brooks ("Creditor"), filed an Objection to the aforesaid Exemption Claim; and

**WHEREAS**, the Debtor is in arrears, pursuant to Orders in the Domestic Relations Section of the Court of Common Pleas of Lehigh County, Pennsylvania at Number DR-18-00010 (PACSES Case Number 1168972); and

**WHEREAS**, Debtor and Creditor have reached a resolution to their dispute, the parties hereto agree that this Stipulation be entered as an Order of this Court.

1.    Creditor hereby withdraws her Objection to the aforesaid Exemption Claim.

2.    Debtor pledges the funds from the aforesaid Exemption Claim to pay towards any support arrears in Lehigh County Number DR-18-00010 (PACSES Case Number 1168972), and authorizes Trustee, Lynn E. Feldman, Esq. to pay the Exemption Claim amount directly to Pa SCDU, PO Box 69110, Harrisburg, PA 17106-9110, for which Debtor shall receive appropriate credit.

Dated: 4/1/19

CHARLES LAPUTKA, Esquire
ATTORNEY FOR DEBTOR
PA I.D. No. 91984
1344 W. Hamilton Street
Allentown, PA 18102
610-477-0155
claputka@laputkalaw.com

Dated: March 29, 2019

Edward Eidelman, Esquire
ATTORNEY FOR ERICA BROOKS
PA I.D. No. 30228
1248 Hamilton Street
Allentown, PA 18102
610-432-3440

## ORDER

**IT IS HEREBY ORDERED AND DECREED** that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

**Date: April 3, 2019**

Richard E. Fehling
United States Bankruptcy Judge