United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15748-ref
John T. Brooks, IV                                              Chapter 7
John T. Brooks, IV
     Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Apr 03, 2019
                              Form ID: pdf900          Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
```
db             +John T. Brooks, IV,    8674 Mayfair Court,   Breinigsville, PA 18031-1569
db             +John T. Brooks, IV,    MAILING ADDRESS,   1636 N. Cedar Crest Blvd. #507,
                 Allentown, PA 18104-2318
cr              Erica Brooks,   8152 Kark Street,   Fogelsville, PA  18051
cr             +Singer Equipment Company,    Buchanan Ingersoll & Rooney PC,    ATTN: Mark Pfeiffer, Esq.,
                 50 S. 16th Street, Suite 3200,   Philadelphia, PA 19102-2555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 04 2019 02:38:05
                 BMW Bank of North America Department,    c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave.,
                 Dept. APS,   Oklahoma Cith, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2019 02:38:02      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 2
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
```
              ANTHONY R. DISTASIO    on behalf of Creditor    Singer Equipment Company ard@ldaklaw.com
              CHARLES    LAPUTKA     on behalf of Defendant John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES    LAPUTKA     on behalf of Debtor John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              DAVID F.   DUNN     on behalf of Plaintiff Erica  Brooks dunncourtpapers@uigzone.com
              DAVID F.   DUNN     on behalf of Creditor Erica  Brooks dunncourtpapers@uigzone.com
              HOWARD   GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              MARK D. PFEIFFER    on behalf of Creditor    Singer Equipment Company mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    JOHN T. BROOKS, IV : CASE NO: 18-15748 REF
     :
     : CHAPTER 7

## STIPULATION

WHEREAS, Debtor, John T. Brooks ("Debtor"), filed an Exemption Claim upon a portion of Proceeds of a lawsuit against his former employer, in the amount of Ten Thousand Six Hundred Forty-four ($10,644.25) Dollars and Twenty-five Cents; and

WHEREAS, Creditor, Erica Brooks ("Creditor"), filed an Objection to the aforesaid Exemption Claim; and

WHEREAS, the Debtor is in arrears, pursuant to Orders in the Domestic Relations Section of the Court of Common Pleas of Lehigh County, Pennsylvania at Number DR-18-00010 (PACSES Case Number 1168972); and

WHEREAS, Debtor and Creditor have reached a resolution to their dispute, the parties hereto agree that this Stipulation be entered as an Order of this Court.

1.    Creditor hereby withdraws her Objection to the aforesaid Exemption Claim.

2.    Debtor pledges the funds from the aforesaid Exemption Claim to pay towards any support arrears in Lehigh County Number DR-18-00010 (PACSES Case Number 1168972), and authorizes Trustee, Lynn E. Feldman, Esq. to pay the Exemption Claim amount directly to Pa SCDU, PO Box 69110, Harrisburg, PA 17106-9110, for which Debtor shall receive appropriate credit.

Dated: 4/1/19

CHARLES LAPUTKA, Esquire
ATTORNEY FOR DEBTOR
PA I.D. No. 91984
1344 W. Hamilton Street
Allentown, PA 18102
610-477-0155
claputka@laputkalaw.com

Dated: March 29, 2019

Edward Eidelman, Esquire
ATTORNEY FOR ERICA BROOKS
PA I.D. No. 30228
1248 Hamilton Street
Allentown, PA 18102
610-432-3440

## ORDER

**IT IS HEREBY ORDERED AND DECREED** that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

**Date: April 3, 2019**

**Richard E. Fehling**
United States Bankruptcy Judge