UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

JOHN T. BROOKS, IV

No. 18-15748 JKF
Chapter 7

### NOTICE OF APPLICATION OF HOWARD GERSHMAN, ESQUIRE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO THE DEBTOR, COUNSEL, ALL CREDITORS, OFFICE OF US TRUSTEE, AND OTHER PARTIES IN INTEREST—NOTICE IS GIVEN

Howard Gershman, Esquire, of Gershman Law Offices, PC, counsel to Lynn E. Feldman, Trustee, has filed an Application for Compensation ($1,710.00) and Reimbursement of Expenses ($25.86) for a total amount of $1,735.86.

The Application is on file with the Office of the Clerk of US Bankruptcy Court for the Eastern District of Pennsylvania, The Madison Building, 400 Washington Street, Ste. 300, Reading, PA 19601, and may be inspected by the debtor, any creditor or any other partying interest. You may request a complete copy from undersigned counsel.

You may file an answer, objection or other response to the Application, or request a hearing, stating the reasons why a hearing is necessary, IN WRITING, with the Clerk of the US Bankruptcy Court, The Madison Building, 400 Washington Street, Ste. 300, Reading, PA 19601, on or before **TWENTY-ONE (21) DAYS** after receiving this Notice.

In the absence of any answer, objection, other response, or request for hearing, and upon certification of no objection, the matter will be submitted to the Court as unopposed and the Court may grant the Application as requested.

Date: November 13, 2019

GERSHMAN LAW OFFICES, PC

BY: _____
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Suite 200
Jenkintown, PA 19046
Tel: 215.886.1120

Feldman Fee Application