UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

JOHN T. BROOKS, IV

No. 18-15748 JKF
Chapter 7

## ORDER APPROVING APPLICATION OF HOWARD GERSHMAN, ESQUIRE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

In consideration of the Application of Howard Gershman, Esquire, of Gershman Law Offices, PC for Compensation and Reimbursement of Expenses as Counsel to Lynn E. Feldman, Trustee, and after a review thereof and consideration of any objection thereto, it is ORDERED:

The Application is granted. Compensation is allowed in the amount of $ 1710.00 and expense reimbursements in the amount of $ 25.86 for a combined total of $ 1,735.86. The Trustee is authorized and directed forthwith to pay the approved compensation and expense reimbursement.

BY THE COURT:

Dated: 12/9/19

_____
Bankruptcy Judge
Jean K. FitzSImon

Interested Parties:
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046

Lynn E. Feldman, Trustee
Feldman Law Office, PC
221 No. Cedar Crest Blvd.
Allentown, PA 18104

Office of the U.S. Trustee
200 Chestnut Street, Ste. 502
Philadelphia, PA 19106

Charles Laputka, Esquire
1344 Hamilton Street
Allentown, PA 18102

Mark Pfieffer, Esquire
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste 3200
Philadelphia, PA 19102-2555

David F. Dunn, Esquire
1248 W Hamilton Street
Allentown, PA 18102

Rebecca Ann Solarz, Esquire
KML Law Group PC
701 Market Street, Ste. 5000
Philadelphia, PA 19106

Feldman Fee Application