IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: December 10, 2019

IN RE:                                              :         Chapter 7

John T. Brooks, IV
      Debtor(s)                          :         Bankruptcy No. 18-15748-jkf

CERTIFICATION OF COSTS

The sum of $-0- has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before N/A.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin. Fee Paid 8/30/2018-No additional Charge | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | 18-289 Filing Fee Paid 12/10/2018 | $-0- |
| Copies | | |
| | TOTAL: | $-0- |

Dated at Philadelphia, Pennsylvania
this 11th day of December, 2019

                         TIMOTHY B. MCGRATH, Clerk

                         By: Virginia S. DeBuvitz
                              Deputy Clerk

Certcost 8/99