United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John T. Brooks, IV  
John T. Brooks, IV  
    Debtors

Case No. 18-15748-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Christina     Page 1 of 1     Date Rcvd: Dec 09, 2019  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.  
db            +John T. Brooks, IV,    8674 Mayfair Court,    Breinigsville, PA 18031-1569  
db            +John T. Brooks, IV,    MAILING ADDRESS,    1636 N. Cedar Crest Blvd. #507,   Allentown, PA 18104-2318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:  
        ANTHONY R. DISTASIO    on behalf of Creditor    Singer Equipment Company ard@ldaklaw.com  
        CHARLES    LAPUTKA    on behalf of Defendant John T. Brooks, IV claputka@laputkalaw.com,   jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
        CHARLES    LAPUTKA    on behalf of Debtor John T. Brooks, IV claputka@laputkalaw.com,   jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
        DAVID F. DUNN    on behalf of Creditor Erica    Brooks dunncourtpapers@uigzone.com  
        DAVID F. DUNN    on behalf of Plaintiff Erica    Brooks dunncourtpapers@uigzone.com  
        EDWARD R. EIDELMAN    on behalf of Plaintiff Erica    Brooks edeidelman@eidelmanlaw.com  
        EDWARD R. EIDELMAN    on behalf of Creditor Erica    Brooks edeidelman@eidelmanlaw.com  
        HOWARD    GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net  
        LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com  
        MARK D. PFEIFFER    on behalf of Creditor    Singer Equipment Company mark.pfeiffer@bipc.com,   donna.curcio@bipc.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
JOHN T. BROOKS, IV

No. 18-15748 JKF
Chapter 7

## ORDER APPROVING APPLICATION OF HOWARD GERSHMAN, ESQUIRE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

In consideration of the Application of Howard Gershman, Esquire, of Gershman Law Offices, PC for Compensation and Reimbursement of Expenses as Counsel to Lynn E. Feldman, Trustee, and after a review thereof and consideration of any objection thereto, it is ORDERED:

The Application is granted. Compensation is allowed in the amount of $ 1710.00 and expense reimbursements in the amount of $ 25.86 for a combined total of $ 1,735.86. The Trustee is authorized and directed forthwith to pay the approved compensation and expense reimbursement.

BY THE COURT:

Dated: 12/9/19

Bankruptcy Judge
Jean K. FitzSImon

Interested Parties:
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046

Lynn E. Feldman, Trustee
Feldman Law Office, PC
221 No. Cedar Crest Blvd.
Allentown, PA 18104

Office of the U.S. Trustee
200 Chestnut Street, Ste. 502
Philadelphia, PA 19106

Charles Laputka, Esquire
1344 Hamilton Street
Allentown, PA 18102

Mark Pfieffer, Esquire
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste 3200
Philadelphia, PA 19102-2555

David F. Dunn, Esquire
1248 W Hamilton Street
Allentown, PA 18102

Rebecca Ann Solarz, Esquire
KML Law Group PC
701 Market Street, Ste. 5000
Philadelphia, PA 19106

Feldman Fee Application