**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>JOHN T. BROOKS, IV,<br><br>Debtor. | CHAPTER 7<br><br>Case No. 18-15748-ref |

PRAECIPE TO WITHDRAW PROOF OF CLAIM NO. 16
FILED BY SINGER EQUIPMENT COMPANY

TO THE CLERK:

Please withdraw Proof of Claim No. 16 filed by Singer Equipment Company on March 21, 2019. The withdrawal of the Claim is without prejudice.

Dated:  December 23, 2019        **BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Mark D. Pfeiffer
Mark D. Pfeiffer, Esquire
PA ID No. 76245
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail:  mark.pfeiffer@bipc.com

*Counsel for Singer Equipment Company*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>JOHN T. BROOKS, IV,<br><br>Debtor. | CHAPTER 7<br><br>Case No.  18-15748-ref |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 23rd day of December, 2019 a true and correct copy of the foregoing Praecipe via ECF notification upon all parties-in-interest.

Dated: December 23, 2019            **BUCHANAN INGERSOLL & ROONEY P.C.**

By: /s/ Mark D. Pfeiffer
Mark D. Pfeiffer, Esquire
PA ID No. 76245
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail:  mark.pfeiffer@bipc.com

*Counsel for Singer Equipment Company*