IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  )
                                        )        Chapter 7
        JOHN T. BROOKS, IV              )
                                        )        Case 18-15748-JKF
                Debtor.                 )

ORDER RE: TRUSTEE'S MOTION RE: PROOF OF CLAIM NO. 2

In consideration of Trustee's Motion to Confirm Amount and Status of Proof of

Claim No. 2 of Erica Brooks, a review of the records and any responses thereto, and

hearing thereon, it is Ordered:

Proof of Claim No. 2 is determined to be a priority claim, as a Domestic Support

Obligation under 11 U.S.C. §507(a)(1)(A), in the amount of $107,381.27.


Date:   1/15/20

                                        BY THE COURT:

                                        _____
                                        Bankruptcy Judge
                                        Jean K. FitzSimon