United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John T. Brooks, IV  
John T. Brooks, IV  
    Debtors

Case No. 18-15748-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Jan 16, 2020  
                      Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
```
db            +John T. Brooks, IV,    8674 Mayfair Court,    Breinigsville, PA 18031-1569
db            +John T. Brooks, IV,    MAILING ADDRESS,    1636 N. Cedar Crest Blvd. #507,
                Allentown, PA 18104-2318
cr             Erica Brooks,    8152 Kark Street,    Fogelsville, PA  18051
cr            +Singer Equipment Company,    Buchanan Ingersoll & Rooney PC,    ATTN: Mark Pfeiffer, Esq.,
                50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 17 2020 03:47:38
                BMW Bank of North America Department,    c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave.,
                Dept. APS,    Oklahoma Cith, OK 73118-7901
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:50      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:
```
              ANTHONY R. DISTASIO    on behalf of Creditor    Singer Equipment Company ard@ldaklaw.com
              CHARLES    LAPUTKA    on behalf of Defendant John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES    LAPUTKA    on behalf of Debtor John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              DAVID F. DUNN    on behalf of Plaintiff Erica    Brooks dunncourtpapers@uigzone.com
              DAVID F. DUNN    on behalf of Creditor Erica    Brooks dunncourtpapers@uigzone.com
              EDWARD R. EIDELMAN    on behalf of Plaintiff Erica    Brooks edeidelman@eidelmanlaw.com
              EDWARD R. EIDELMAN    on behalf of Creditor Erica    Brooks edeidelman@eidelmanlaw.com
              HOWARD    GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
              MARK D. PFEIFFER    on behalf of Creditor    Singer Equipment Company mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               )
                                     )   Chapter 7
    JOHN T. BROOKS, IV         )
                                     )   Case 18-15748-JKF
        Debtor.             )

ORDER RE: TRUSTEE'S MOTION RE: PROOF OF CLAIM NO. 2

In consideration of Trustee's Motion to Confirm Amount and Status of Proof of Claim No. 2 of Erica Brooks, a review of the records and any responses thereto, and hearing thereon, it is Ordered:

Proof of Claim No. 2 is determined to be a priority claim, as a Domestic Support Obligation under 11 U.S.C. §507(a)(1)(A), in the amount of $107,381.27.

Date:  1/15/20

BY THE COURT:

_____
Bankruptcy Judge
Jean K. FitzSimon