United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15748-pmm
John T. Brooks, IV                                              Chapter 7
John T. Brooks, IV
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Virginia              Page 1 of 3              Date Rcvd: Mar 26, 2020
                              Form ID: pdf900             Total Noticed: 66
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
```
db             +John T. Brooks, IV,    8674 Mayfair Court,    Breinigsville, PA 18031-1569
db             +John T. Brooks, IV,    MAILING ADDRESS,    1636 N. Cedar Crest Blvd. #507,
                 Allentown, PA 18104-2318
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Erica Brooks,    8152 Kark Street,    Fogelsville, PA  18051
cr             +Singer Equipment Company,    Buchanan Ingersoll & Rooney PC,    ATTN: Mark Pfeiffer, Esq.,
                 50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
14189628       #+Allied Interstate LLC,    PO Box 361445,    Columbus, OH 43236-1445
14189629       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14269171        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14189630       +Andrew J. Shapren, Esquire,    Buchanan Ingersoll & Rooney PC,    50 S. 16th St., Suite 3200,
                 Philadelphia, PA 19102-2555
14189631        Asset Recovery Solutions LLC,    2200 E. Devon Avenue, Suite 200,    Des Plaines, IL 60018-4501
14189632       +Bailey & Ehrenberg PLLC,    1015 18th Street NW,    Suite 204,    Washington, DC 20036-5217
14259309        Berkheimer Associates, Agent for Allentown SD,    c/o David R. Gordon, Esq.,    1883 Jory Road,
                 Pen Argyl, PA  18072
14189633        Berkheimer Tax Administrator,    PO Box 25149,    Lehigh Valley, PA 18002-5149
14189637        CBCS,    PO Box 2589,    Columbus, OH 43216-2589
14189638       +Central Credit Services,    9550 Regency Square, Suite 602,    Jacksonville, FL 32225-8169
14371276       +Erica Brooks,    c/o EDWARD R. EIDELMAN,    1248 W. Hamilton Street,    Allentown, PA 18102-4338
14216378       +Erica Brooks,    c/o David Dunn Law Offices PC,    1248 W Hamilton Street,
                 Allentown, PA 18102-4338
14189642       +Erica J. Brooks,    c/o Edward R. Eidelman, Esquire,    1248 Hamilton St,
                 Allentown, PA 18102-4338
14189643       +FirstSource Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
14189644        IRS,    Department of the Treasury,    Andover, MA 01810
14189647       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14189648       +Lending Club Corp,    21 Stevenson St, Suite 300,    San Francisco, CA 94105-2706
14189652       +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14189650       +MacElree Harvey,    17 West Miner Street,    West Chester, PA 19382-3213
14189653       +National Enterprise Systems,    2479 Edison Blvd,    Twinsburg, OH 44087-2475
14189656       +PA Department of Revenue,    Bureau of Compliance,    1 Revenue Place,
                 Harrisburg, PA 17129-0001
14189657       +Parkway Painting Inc,    537 Sumner Court,    Allentown, PA 18102-1765
14189658        Professional Account Management LLC,    PO Box 1280,    Oaks, PA 19456-1280
14189660       +Sam Tell & Son Inc,    300 Smith Street,    Farmingdale, NY 11735-1114
14262399       +Sam Tell & Son Inc.,    3000 Marcus Avenue,    Suite 2E1,    Lake Success, NY 11042-1005
14258029       +Singer Equipment Company,    Buchanan Ingersoll & Rooney PC,    Two Liberty Place,
                 50 S. 16th Street, Ste. 3200,    Philadelphia, PA 19102-2555
14189661       +Singer Equipment Company Inc.,    150 S. Twin Valley Road,    Elverson, PA 19520-9387
14262398       +Steven J. Harfenist,    Harfenist Kraut & Perlstein LLP,    3000 Marcus Avenue,    Suite 2E1,
                 Lake Success, NY 11042-1005
14189662       +Steven J. Harfenist, Esquire,    Harfenist Kraut & Perlstein LLP,    3000 Marcus Ave, Suite 2E1,
                 New Hyde Park, NY 11042-1005
14189665        TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
14189666       +Tek-Collect,    PO Box 1269,    Columbus, OH 43216-1269
14189667       +Torres Credit Services Inc,    27 Fairview St,    PO Box 189,    Carlisle, PA 17013-0189
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 27 2020 03:42:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2020 03:44:37
                 BMW Bank of North America Department,    c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave.,
                 Dept. APS,    Oklahoma Cith, OK 73118-7901
14193852       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2020 03:43:45
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14254536       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2020 03:44:37
                 BMW Bank of North America,    c/o AIS Portfolio Services. LP,    4515 Santa Fe Ave., Dept. APS,
                 Oklahoma City, OK 73118-7901
14189634        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 27 2020 03:42:59     BMW Financial Services,
                 PO Box 3608,    Dublin, OH 43016
14189639        E-mail/Text: coabankruptcy@allentownpa.gov Mar 27 2020 03:41:47     City of Allentown,
                 Room 110,    435 Hamilton St,    Allentown, PA 18101
14257312        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:44:36
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
```

```
District/off: 0313-4          User: Virginia             Page 2 of 3                   Date Rcvd: Mar 26, 2020
                              Form ID: pdf900            Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14189635       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:43:44
                 Capital One Bank (USA), NA,    10700 Capital One Way,    Glen Allen, VA 23060-9243
14189640        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 03:41:51       Comenity Bank/PttryBrn,
                 PO Box 182789,    Columbus, OH 43218-2789
14189641       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 27 2020 03:42:08
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
14189645       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 27 2020 03:42:10
                 JH Portfolio Debt Equities,    5757 Phantom Dr - Ste 225,    Hazelwood, MO 63042-2429
14288880        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2020 03:43:47       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14189649        E-mail/Text: camanagement@mtb.com Mar 27 2020 03:41:51       M&T Bank,    PO Box 900,
                 Millsboro, DE 19966-0900
14189651       +E-mail/Text: M74banko@daimler.com Mar 27 2020 03:42:09       MB Financial Services,    PO Box 961,
                 Roanoke, TX 76262-0961
14189654        E-mail/Text: NCI_bankonotify@ncirm.com Mar 27 2020 03:41:47       Natiowide Credit Inc,
                 PO Box 14581,    Des Moines, IA 50306-3581
14189655       +E-mail/Text: bnc@nordstrom.com Mar 27 2020 03:41:49       Nordstrom/TD Bank USA,
                 13531 E Caley Ave,    Englewood, CO 80111-6504
14288878       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2020 03:42:58       PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14200040        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:41:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14260709        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2020 03:41:51
                 Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14189659       +E-mail/Text: bkrpt@retrievalmasters.com Mar 27 2020 03:41:57       RMCB Collection Agency,
                 4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
14189664       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:42:50       SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
14190307       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:44:33       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14250179       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2020 03:43:48       TD Bank, USA,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14189668       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2020 03:41:46
                 Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
14273996       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2020 03:43:48       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14189646       Joint Accont Holder?
14189663       SunTrust Bank
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14251197*     +Parkway Painting, Inc.,    537 Sumner Court,    Allentown, PA 18102-1765
14189636      ##+Cawley & Bergmann, LLC,    117 Kinderkamack Road, Suite 201,    River Edge, NJ 07661-1916
                                                                                      TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                    Signature:   /s/Joseph Speetjens

```
District/off: 0313-4              User: Virginia              Page 3 of 3              Date Rcvd: Mar 26, 2020
                                  Form ID: pdf900             Total Noticed: 66
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              ANTHONY R. DISTASIO    on behalf of Creditor    Singer Equipment Company ard@ldaklaw.com
              CHARLES   LAPUTKA    on behalf of Defendant John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES   LAPUTKA    on behalf of Debtor John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              DAVID F. DUNN    on behalf of Creditor Erica   Brooks dunncourtpapers@uigzone.com
              DAVID F. DUNN    on behalf of Plaintiff Erica   Brooks dunncourtpapers@uigzone.com
              EDWARD R. EIDELMAN     on behalf of Plaintiff Erica   Brooks edeidelman@eidelmanlaw.com
              EDWARD R. EIDELMAN     on behalf of Creditor Erica   Brooks edeidelman@eidelmanlaw.com
              HOWARD   GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              MARK D. PFEIFFER    on behalf of Creditor    Singer Equipment Company mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In Re: § § § JOHN T. BROOKS, IV § JOHN T. BROOKS, IV § § § Debtors § | Case No. 4:18-15748-PMM |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LYNN E. FELDMAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **11:00 AM on April 28, 2020** telephonically by dialing **1-877-336-1831, Access Code 3796116**

United States Courthouse
The Gateway Building
201 Penn Street, Suite
103 Reading, PA 19601

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/25/2020                By: LYNN E. FELDMAN
                                                      TRUSTEE

*LYNN E. FELDMAN, TRUSTEE
221 N. CEDAR CREST BLVD.
ALLENTOWN, PA 18104*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| JOHN T. BROOKS, IV | § | Case No. 4:18-15748-PMM |
| JOHN T. BROOKS, IV | § | |
| | § | |
| Debtors | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 35,000.00 |
| and approved disbursements of | $ | 10,653.44 |
| leaving a balance on hand of[1] | $ | 24,346.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 1S | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 3,168.24 | $ 3,168.24 | $ 0.00 | $ 0.00 |
| 4 | Parkway Painting, Inc. | $ 5,442.27 | $ 5,442.27 | $ 0.00 | $ 0.00 |

| | |
| --- | --- |
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 24,346.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: LYNN E. FELDMAN | $ 3,185.58 | $ 0.00 | $ 3,185.58 |
| Trustee Expenses: LYNN E. FELDMAN | $ 80.00 | $ 0.00 | $ 80.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: HOWARD GERSHMAN | $ 1,710.00 | $ 0.00 | $ 1,710.00 |
| Attorney for Trustee Expenses: HOWARD GERSHMAN | $ 25.86 | $ 0.00 | $ 25.86 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,001.44 |
| Remaining Balance | $ 19,345.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $111,040.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Erica Brooks | $ 107,381.27 | $ 0.00 | $ 19,345.12 |
| 1P | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 3,658.91 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 19,345.12 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $349,569.11 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Td Bank, Usa | $ 2,881.62 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Bmw Bank Of North America | $ 20,361.14 | $ 0.00 | $ 0.00 |
| 6 | Capital One Bank (Usa), N.A. | $ 4,034.35 | $ 0.00 | $ 0.00 |
| 7 | Berkheimer Associates, Agent For Allentown Sd | $ 92.25 | $ 0.00 | $ 0.00 |
| 8 | Quantum3 Group Llc As Agent For | $ 17,403.41 | $ 0.00 | $ 0.00 |
| 9 | Sam Tell & Son Inc. | $ 294,853.13 | $ 0.00 | $ 0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK | $ 8,062.11 | $ 0.00 | $ 0.00 |
| 11 | VERIZON | $ 236.29 | $ 0.00 | $ 0.00 |
| 12 | VERIZON | $ 170.95 | $ 0.00 | $ 0.00 |
| 14 | PYOD, LLC | $ 748.14 | $ 0.00 | $ 0.00 |
| 15 | Lvnv Funding, Llc | $ 725.72 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $858.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 858.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Prepared By: LYNN E. FELDMAN
TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*221 N. CEDAR CREST BLVD.*
*ALLENTOWN, PA 18104*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.