IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKS, JOHN T.<br>BROOKS, JOHN T.<br>　　　　　Debtor(s) | CHAPTER 7<br><br>**Case No.** 18-15748-PMM |

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 28th day of April 2020, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

*Patricia M. Mayer*
_____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge