```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                           Case No. 18-15748-pmm
John T. Brooks, IV                                               Chapter 7
John T. Brooks, IV
     Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Marie              Page 1 of 1                Date Rcvd: Apr 28, 2020
                               Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
```
db              +John T. Brooks, IV,    8674 Mayfair Court,    Breinigsville, PA 18031-1569
db              +John T. Brooks, IV,    MAILING ADDRESS,    1636 N. Cedar Crest Blvd. #507,
                 Allentown, PA 18104-2318
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
```
              ANTHONY R. DISTASIO    on behalf of Creditor    Singer Equipment Company ard@ldaklaw.com
              CHARLES    LAPUTKA    on behalf of Defendant John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES    LAPUTKA    on behalf of Debtor John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              DAVID F. DUNN    on behalf of Creditor Erica    Brooks dunncourtpapers@uigzone.com
              DAVID F. DUNN    on behalf of Plaintiff Erica    Brooks dunncourtpapers@uigzone.com
              EDWARD R. EIDELMAN    on behalf of Plaintiff Erica    Brooks edeidelman@eidelmanlaw.com
              EDWARD R. EIDELMAN    on behalf of Creditor Erica    Brooks edeidelman@eidelmanlaw.com
              HOWARD   GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
              MARK D. PFEIFFER    on behalf of Creditor    Singer Equipment Company mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

BROOKS, JOHN T.
BROOKS, JOHN T.

Debtor(s)

Chapter 7

Case No. 18-15748-PMM

## ORDER OF DISTRIBUTION

**AND NOW**, the Trustee, LYNN E. FELDMAN, TRUSTEE is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

**Date: April 28, 2020**

HONORABLE Patricia M. Mayer
United States Bankruptcy Judge