United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 18-15748-pmm
John T. Brooks, IV                                             Chapter 7
John T. Brooks, IV
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Christina              Page 1 of 1                  Date Rcvd: Apr 28, 2020
                              Form ID: pdf900              Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
```
db          +John T. Brooks, IV,    8674 Mayfair Court,    Breinigsville, PA 18031-1569
db          +John T. Brooks, IV,    MAILING ADDRESS,    1636 N. Cedar Crest Blvd. #507,
              Allentown, PA 18104-2318
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           Erica Brooks,    8152 Kark Street,    Fogelsville, PA  18051
cr          +Singer Equipment Company,    Buchanan Ingersoll & Rooney PC,    ATTN: Mark Pfeiffer, Esq.,
              50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2020 03:09:42
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 29 2020 03:09:48     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 29 2020 03:19:30
              BMW Bank of North America Department,    c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave.,
              Dept. APS,    Oklahoma Cith, OK 73118-7901
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:19:12      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
```
              ANTHONY R. DISTASIO    on behalf of Creditor    Singer Equipment Company ard@ldaklaw.com
              CHARLES   LAPUTKA    on behalf of Defendant John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES   LAPUTKA    on behalf of Debtor John T. Brooks, IV claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              DAVID F. DUNN    on behalf of Creditor Erica  Brooks dunncourtpapers@uigzone.com
              DAVID F. DUNN    on behalf of Plaintiff Erica  Brooks dunncourtpapers@uigzone.com
              EDWARD R. EIDELMAN    on behalf of Plaintiff Erica  Brooks edeidelman@eidelmanlaw.com
              EDWARD R. EIDELMAN    on behalf of Creditor Erica  Brooks edeidelman@eidelmanlaw.com
              HOWARD   GERSHMAN    on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              MARK D. PFEIFFER    on behalf of Creditor    Singer Equipment Company mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| **BROOKS, JOHN T.** ) | Chapter 7 |
| ) | |
| **BROOKS, JOHN T.** ) | Case No. 18-15748-PMM |
| ) | |
| ) | |
| **Debtor(s)** ) | |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

**AND NOW**, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $3,185.58 is reasonable compensation for the services in this case by LYNN E. FELDMAN TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $80.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

*Patricia M. Mayer* (signature)

**Date: April 28, 2020**

Patricia M. Mayer
United States Bankruptcy Judge