United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John T. Brooks, IV  
John T. Brooks, IV  
    Debtors

Case No. 18-15748-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Marie      Page 1 of 1      Date Rcvd: Jul 01, 2020  
                          Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.  
db         +John T. Brooks, IV,   8674 Mayfair Court,   Breinigsville, PA 18031-1569  
db         +John T. Brooks, IV,   MAILING ADDRESS,   1636 N. Cedar Crest Blvd. #507,   Allentown, PA 18104-2318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:  
        ANTHONY R. DISTASIO   on behalf of Creditor   Singer Equipment Company ard@ldaklaw.com  
        CHARLES   LAPUTKA   on behalf of Defendant John T. Brooks, IV claputka@laputkalaw.com,   jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
        CHARLES   LAPUTKA   on behalf of Debtor John T. Brooks, IV claputka@laputkalaw.com,   jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
        DAVID F. DUNN   on behalf of Creditor Erica  Brooks dunncourtpapers@uigzone.com  
        DAVID F. DUNN   on behalf of Plaintiff Erica  Brooks dunncourtpapers@uigzone.com  
        EDWARD R. EIDELMAN   on behalf of Plaintiff Erica  Brooks edeidelman@eidelmanlaw.com  
        EDWARD R. EIDELMAN   on behalf of Creditor Erica  Brooks edeidelman@eidelmanlaw.com  
        HOWARD   GERSHMAN   on behalf of Trustee LYNN E. FELDMAN hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net  
        LYNN E. FELDMAN   trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com  
        MARK D. PFEIFFER   on behalf of Creditor   Singer Equipment Company mark.pfeiffer@bipc.com,   donna.curcio@bipc.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                          TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CHAPTER 7

BROOKS, JOHN T.

               Debtor(s)                    Case No. 18-15748-PMM


### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

      **AND NOW**, this 24th day of June 2020, upon consideration of the Trustee's Final Report and Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is herby

      **ORDERED AND DECREED** that the Trustee's Final Account is approved, and the Trustee is hereby discharged from her trust, duties and responsibilities as Trustee in this case.

      IT IS FURTHER ORDERED that this case is hereby closed.


                                                          BY THE COURT

                                                          Patricia M. Mayer
                                                          United States Bankruptcy Judge